# IN THE SUPREME COURT OF THE STATE OF NEVADA

TERRA ARMIJO,
                Appellant,

vs.

AARON N. URBINA,
                Respondent.

No. 83341

**FILED**

MAR 30 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.[1]

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
       Steinberg Law Group
       Aaron N. Urbina
       Eighth District Court Clerk

[1]Given this order, no action will be taken in regard to the stipulation filed on March 29, 2022.

22-09856